| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Thomas B. Ure**<br>**8280 Florence Avenue, Suite 200**<br>**Downey, CA 90240**<br>**213-202-6070 Fax:  213-202-6075**<br>**170492 CA**<br>**tom@urelawfirm.com** | |

☐ Respondent appearing without attorney
☑ Attorney for Respondent:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Marmar Bedford, LLC** | CASE NO.: **2:25-bk-20775-BB**<br><br>CHAPTER: **11** |
|---|---|
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE:  **02/24/2026**<br>TIME:  **11:00 A.M.**<br>COURTROOM:  **1539**<br>PLACE:  **255 E. Temple Street**<br>**Los Angeles, CA 90012** |
| Debtor(s). | |

**Movant:**   **U.S. Bank Trust Company, National Association**

**Respondent:**   ☑ Debtor   ☐ trustee   ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

The Respondent does not oppose the granting of the Motion.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2014_                    Page 1                    **F 4001-1.RFS.RESPONSE**

2. ☐ **LIMITED OPPOSITION**

    a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*):_____ and the reason for this request is (*specify*):

    b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

        The Debtor:
        (1) ☐ has no knowledge of the Property.
        (2) ☐ has no interest in the Property.
        (3) ☐ has no actual possession of the Property.
        (4) ☐ was not involved in the transfer of the Property.

    c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☑ **OPPOSITION** The Respondent opposes granting of the Motion for the reasons set forth below.

    a. ☐ The Motion was not properly served (*specify*):

        (1) ☐ Not all of the required parties were served.
        (2) ☐ There was insufficient notice of the hearing.
        (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

    b. ☑ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:
        (1) ☑ The value of the Property is $ **1,550,000.00**, based upon (*specify*): **Appraisal**
        (2) ☐ Total amount of debt (loans) on the Property is $_____.
        (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.
        (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.
        (5) ☑ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.
        (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.
        (7) ☑ The Property is insured. Evidence of current insurance is attached as Exhibit **B** .
        (8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.
        (9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.
        (10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.
        (11) ☐ Other (*specify*):

    c. ☑ Respondent asserts the following as shown in the declaration(s) filed with this Response:

        (1) ☐ The bankruptcy case was converted from chapter _____to chapter _____.
        (2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.
        (3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.
        (4) ☐ The Debtor has equity in the Property in the amount of $ _____.
        (5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.
        (6) ☑ The Property is necessary for an effective reorganization because (*specify*):
        (7) ☐ The motion should be denied because (*specify*):
        (8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*        Page 2        **F 4001-1.RFS.RESPONSE**

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☑ Declaration by the Debtor
☐ Declaration by trustee
☐ Declaration by appraiser

☐ Declaration by the Debtor's attorney
☐ Declaration by trustee's attorney
☐ Other (*specify*):

Date:    **02/23/2026**

**Ure Law Firm**
Printed name of law firm for Respondent (if applicable)

**Thomas B. Ure**
Printed name of individual Respondent or attorney for Respondent

**/s/ Thomas B. Ure**
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 3    **F 4001-1.RFS.RESPONSE**

1  <u>DECLARATION OF MARVIN MARKOWITZ</u>

2  I, Marvin Markowitz, declare:

3      1.    I am the managing members of Debtor in this pending Chapter 11 case.  As such, I have

4  personal knowledge of the facts stated herein, and if called upon to testify thereto, I could and would do

5  so competently and truthfully.

6      2.    This Declaration is in support of the Response to Motion Regarding the Automatic Stay

7  filed by U.S. Bank Trust Company, National Association ("Movant") related to the real property located

8  at 1226 S. Bedford Street, Unit 502, Los Angeles, CA 90035 (referred to as the "Property").

9  <u>MOVANT IS ADEQUATELY PROTECTED</u>

10      3.    Movant has asserted both lack of an equity cushion and lack of equity based on a broker's

11  price opinion (Motion, Page 8, paragraph 11d).

12      4.    I believe that the Property's current value is at least $1,550,000.00.  I base this opinion

13  primarily on a appraisal from January 9, 2024.  Attached as Exhibit A is a copy of the appraisal.

14  Although this appraisal is more than two years old, properties in the area, including the greater Los

15  Angeles County area have not had significant valuations changes over this period of time.

16  <u>INSURANCE</u>

17      5.    The Property is currently insured.  Attached as Exhibit B is a copy of the insurance

18  declaration page.  The policies expired yesterday, February 22, 2026.  They have been renewed and I am

19  waiting for the certificates of insurance.

20  <u>NECESSARY FOR THE REORGANIZATION</u>

21      6.    I believe that the loss of one unit to a foreclosure sale would significantly hinder the

22  successful reorganization as the current structure of common ownership of all units adds significant

23  value and eliminates the requirement of the creation of a homeowner's association.

24      I declare under penalty of perjury according to the laws of the United States of America that

25  the foregoing is true and correct and that this Declaration is executed on this  23rd  day of February

26  2026 at Beverly Hills, California.

27  _____

28  Marvin Markowitz
   Managing Member of Debtor



2/23/2026

## DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)

*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, (print name of declarant) __**Thomas B. Ure**_____, declare as follows:

1.    I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2.    I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3.    As set forth in the table below, either–

   a.    <u>Oral verification</u>: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively

   b.    <u>Explanation</u>: I provide the following explanation why no such verification is provided (e.g., that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|    | Name of signer | Date of oral* verification | -OR- Explanation why no verification is provided |
|----|----------------|----------------------------|---------------------------------------------------|
| 1. | Thomas B. Ure | 2/23/2026 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable):*

☐ see attached continuation sheet

*<u>Verification must be oral</u>. For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. See LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| __2/23/2026__ | __**Thomas B. Ure**_____ | __**/s/ Thomas B. Ure**_____ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024* | *Page 1* | F9011-1.SIGNATURE.VERIF.DEC

EXHIBIT A



# Greenbox Loans, Inc
# Certificate of Appraiser Independence

**Inspection date:**   09 January, 2024
**Order # :**   2023120182
**Borrower name:**   Libby Faith Markowitz
**Property Address:**   1226 S Bedford Dr Unit 502
Los Angeles, CA  90035

Greenbox Loans, Inc certifies that the above referenced appraisal has been completed in compliance with all current appraisal independence requirements as defined by the Dodd-Frank Wall Street Reform and Consumer Protection Act, the Interagency Appraisal and Evaluation Guidelines, Fannie Mae, Freddie Mac and the Federal Housing Administration, in strict adherence to our non-influence policy and process:

- No employee, director, officer or agent of the lender or any other third party acting as joint venture partner, independent contractor, appraisal company, appraisal management company or partner on behalf of the lender, has influenced or attempted to influence the development, reporting, result, or review of the appraisal in any manner.

- The Lender/Client named on the appraisal report submitted the appraisal order through a secure self-managed appraisal software platform, or through approved and compliant 3rd party integration.

- Appraiser selection was performed by a non-compensated member of Greenbox Loans, Inc. Appraiser selection was performed utilizing a selection methodology of management-approved policies based on the location of the subject property, appraiser availability and historical quality and performance metrics.

- The appraiser's compensation was not in any way dependent on the value arrived at or the closing of the loan. The appraiser was compensated directly by the Greenbox Loans, Inc and not by a Greenbox Loans, Inc staff member that receives compensation based on loan sales.

- The terms and conditions of the engagement contract between the Greenbox Loans, Inc and the appraiser prohibit the appraiser from inappropriate communication with Greenbox Loans, Inc origination staff or attempting to obtain value/loan information from the borrower/property owner.

- No estimate regarding the Subject Property's value, proposed loan amount or proposed loan-to-value ratio was provided or communicated by Greenbox Loans, Inc to the appraiser.

- For all transactions:  By proper use of a secure self-managed appraisal software platform, Greenbox Loans, Inc's loan production staff is unaware of the identity of the appraiser until the final appraisal report is delivered.  Likewise the appraiser is provided with only the Greenbox Loans, Inc's company name and address for inclusion in the appraisal report and is never provided with the identity or contact information of the originator of the loan.  For purchase transactions, the purchase agreement was provided to the appraiser as required by USPAP Standards Rule 1-5(a).

- All communication between the selected appraiser and Greenbox Loans, Inc was conducted through Greenbox Loans, Inc's Appraisal Department. Greenbox Loans, Inc is unaware of any communication to the appraiser for this appraisal assignment made by anyone that is in violation of the terms of current Appraiser Independence Requirements.

**Corporate Address:**
3250 Wilshire Blvd.
Ste. 1900
Los Angeles, CA 90010

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
1226 S Bedford St Unit 502
Los Angeles, CA 90035
Tract 74076 Lot 1

## FOR
Greenbox Loans, Inc.
3250 Wilshire Blvd, Suite 1900
Los Angeles, CA 90010

## OPINION OF VALUE
1,550,000

## AS OF
01/09/2024

## BY
Mariam Aivazian
Universal Valuations
7769 Clearfield Ave
Panorama City, CA 91402-6507
310-775-7676
mariamaivazian@universalvaluations.com

USPAP ADDENDUM                                                                          File No. 2023120182

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles | County Los Angeles | State CA | Zip Code 90035 |
| Lender | Greenbox Loans, Inc. |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report                This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:  1-3 Months

The home values have maintained stable state during past 12 months. The supply is balanced with demand. The exposure time with sufficient marketing effort & reasonable listing price is estimated in range of 1-3 months. Exposure time exists before the effective date of the appraisal, whereas the marketing time exists immediately after that date (USPAP Stmnt 6 & Advisory Op.7).

**SOURCE OF MARKET VALUE DEFINITION:** The market value definition is consistent with regulations published by Federal Regulatory agencies pursuant to Title XI of the Federal Institutions reform, recovery and enforcement act (FIRREA) of 1989.

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the
   three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year
   period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

**INTENDED USER & INTENDED USE:** The intended user of this report is Greenbox Loans, Inc. The intended use of this report is to support the underwriting requirements for a conventional mortgage. The scope of work in this report is customized for the intended use. This appraisal report may be inappropriate for other uses and jeopardize the user. Therefore, regardless the means of possession of this report, this appraisal may not be used or relied on for any use except the stated use. The appraiser assumes no obligation, liability or accountability for any other third party.

**EXTRAORDINARY ASSUMPTION FOR SUBJECT UNIT'S GLA:** The subject unit's GLA varies between various data sources such as Architectural Plans - 1658 SF; Rental Roll - 1659 SF; Plat Map in Public Records 1530 -/+ SF. During inspection the subject was noted to have 3bd/3.5bath, and it was measured at approx. 1660 SF. For the purpose of this appraisal, the measured size of the property is used in this report with an extraordinary assumption made that the measured GLA is accurate and done per permits and up to code. The appraiser reserves the right to amend this report including, but not limited to, the adjustments to the comparables and the appraised value opinion, should this assumption turn to be false. All noted improvements appear to be in good quality and done in workmanlike manner.

**EXTRAORDINARY ASSUMPTION FOR SUBJECT UNIT'S LEGAL DESCRIPTION AND APN:** The subject's updated Plat Map is published in the public records, which provides the updated Tract and Lot numbers, and which are used for the subject's updated legal description in this report. The subject's old legal description based on the old address of 1220 S Bedford St was Tract 6749 Lots 22 & 23.
The appraiser was provided with a general list of all new APNs assigned to all 20 units in the subject project, but the list did not provide information on which APN belonged to which unit. However, by using the updated Plat Map, the appraiser was able to determine the APN of the subject property. For the purpose of this appraisal, the subject's APN and legal description obtained from the Plat Map are used in this report with an extraordinary assumption made that the provided information in the published Plat Map is accurate and valid.

**APPRAISER:**                                          **SUPERVISORY APPRAISER: (only if required)**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: Mariam Aivazian | Name: |
| Date Signed: 01/18/2024 | Date Signed: |
| State Certification #: AR044156 | State Certification #: |
| or State License #: | or State License #: |
| State: CA | State: |
| Expiration Date of Certification or License: 11/06/2024 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 01/09/2024 | Supervisory Appraiser Inspection of Subject Property:<br>☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior |

## Supplemental Addendum

File No. 2023120182

| Borrower | Libby Faith Markowitz | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1226 S Bedford St | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. | | | | | | |

**• USPAP Identification Addendum: Additional Comments**

**BREDFORD TWENTY | PROJECT INFORMATION:**

The subject project was built in 2023, first as a 20-unit apartment complex, which was converted into condominium project upon completion. The Certificate of Occupancy #174984 was issued on 04/21/2023 for the associated permits of:

1) 15010-10000-04477 for new 20-unit, 5-story apartment building over one level subterranean garage,
2) 22016-10000-01952 for conversion of 20-unit, 5-story apartment over subterranean garage to condominium per VTT-74076-CN. No change to floor layout,
3) 15010-10001-04477 for supplemental permit to permit#15010-10000-04477.

According to Los Angeles County Tax Assessor's Office the original APN of 4332-022-047 was changed to 4332-022-048, which in its turn was changed into 20 APNs corresponding for each unit in the building. The project's public data is not completely updated across state & city records, therefore the appraiser gathered combined  information on the old and new APNs.

Based on Los Angeles County Tax Assessors Office the Property Tax for the project for the tax year of 2023-2024 is $94,937.95. The tax is not assessed per unit, as the units are not sold to be taxed separately. Therefore, R.E. Tax for subject unit is reported as N/A.

As observed during the inspection, the subject project is a 5-story building with 20 units and subterranean parking structure, that offers 41 parking, including 2 handicap spaces and 4 EV charging stations (more to be installed). One of the handicap spaces is also the designated guest parking. The project amenities include the common lobby with seating and mailbox area, an elevator, a bike storage room, two exit staircases on north and south sides of the building, a trash chute, outdoor area in the back and front. Each floor has 4 units, access to elevator, trash chute and both side staircases.
According to Certificate of Occupancy the subject project to provide 2  "very low income" units.

**THE SUBJECT NEIGHBORHOOD:**

The subject project is located in the area known as Pico-Robertson, north of Olympic Blvd. It neighbors with Beverly Hills towards northwest, Beverly Center-Miracle Mile towards northeast and La Cienega Height towards south. The subject neighborhood is a high density area comprised of SFRs, 2-4 units, apartment and condominium projects, commercial buildings, shopping centers, public parks, schools, medical facilities, etc. The linkage to local shopping, commerce and public establishments is good.
According to Zillow the Pico-Robertson area is considered "Very Walkable" as it scores at 84 out of 100; while transit and bike scores are both at 60 out of 100, which means "Good Transit" and "Bikeable".

**THE COMPARABLES SEARCH AND ANALYSIS:**

The subject unit is located in a new condo project, hence the main focus for comparable search was to finding comparable units which are located in similar, newer projects with similar amenities and appeal; have similar GLAs and room count.
An exhaustive search and thorough review of available data sources (Realist, CRMLS, TitlePro247.com, and local realtors) was conducted to find comparables units. The comparable search included screening through the available data to identify, confirm and verify the sales, as most of the new projects listed the model units or used the model units' photos and information, while other units were sold through the sale office.
Due to limited comparables in the immediate area, the appraiser expanded the search criteria to include dated sales (upto 12 months) and units located within 3-mile radius from the subject in order to find comparable units in similar, newer projects to the subject's. Nevertheless, the cities of Beverly Hills and West Hollywood were excluded from the expanded search, as these cities fall under different local jurisdictions and appeal to different buyers' groups. This expanded search resulted in 10-/+ sales, from which 5 were selected for this report as they demonstrate somewhat similar condition to the subject unit, subject project, bracket most of the subject unit's salient facts, and are verifiable.Comments about comps' interior features & condition are based on the most recent MLS pictures, listing descriptions & inspection.

Comp 1 is located in the area of Century City, which is considered somewhat superior location compared to the subject's area due to closer proximity to luxury commerce and restaurants, hence a location adjustment is warranted for this comparable. This unit is located in a low rise, 7 unit condo project, and this is the only comparable that brackets the subject's bed/bath count.

Comps 2, 4 and 6 are located in a newly built, 15-unit, 4 story, modern style condo project located on a parallel street to the subject's street. Comp 1 sale data was verified with public data, however Comp 4's information as confirmed by the listing agent. Comp 6, which is an active listing, is the smallest unit in the building, it faces the back and has only 1 parking space, which is why it is listed at lower price compared to the rest of the units in the same building.

Comp 5 is a dated sale, that is selected to additionally support the appraised value opinion. This unit is a from a relatively older, 9 unit, 3-story project, however the unit's condition is comparable to the subject's.

**HYPOTHETICAL CONDITION FOR SUBJECT UNIT:**

During the inspection, the subject unit was undergoing repairs in the living room area. The repairs are done by the management. Due to cosmetic nature of the repairs, this appraisal report is made "as-is" on the bases of a hypothetical condition that the repairs are completed.

## AIR Certification

**Appraiser Independence Requirements (AIR) Compliance (Formerly HVCC Compliance) - Affidavit of Appraiser
(Certification of Non-Influence)**

The appraiser named respectfully submits and represents to the following:

I hereby acknowledge to the best of my ability the following:

1. There have been no written or verbal communications or conversations between the mortgage lender or any staff person thereof and myself, my assistant, or any other staff member working on my behalf during the completion of this particular assignment or review assignment regarding a predetermined value for the subject property of this assignment.

2. I acknowledge that I have not been influenced, coerced, extorted, or bribed regarding the outcome of this appraisal report, nor am I knowingly aware of being recommended by any staff member, director, or agent of the mortgage lender's loan production staff, including the loan officer, to complete this assignment.

3. I certify that I have been engaged to provide a complete order with the information required for me to agree and complete a full appraisal assignment that meets USPAP guidelines and standards. Included on their order form was the originating lender's company name and address for purposes of inclusion on the appraisal report. No individual names from lender's staff, including loan officer name, was provided to me. No preliminary estimation of value, loan amount, or any similar information was provided to me or communicated to me or any staff person within my company. With respect to a Purchase Transaction, the Purchase Agreement (Sales Contract) was made available in its entirety (as required by USPAP Standard Rule 1- 5a). In the event the loan is an FHA transaction, I understand that the lender may require my identity, including my State Certification number; however, no attempt was made to coerce or influence the outcome of this appraisal report.

4. I acknowledge that I have completed this assignment and have only acted with the highest integrity and in a manner considered ethical to my profession, and consistent both with USPAP standards and the Appraiser Independence Requirements rules and regulations.

5. I acknowledge that I am not an employee of nor affiliated with the mortgage lender, and that I am not a staff appraiser to any entity that is either wholly or partially owned by the lender/investor or by any entity that is owned in whole or in part by a "Settlement Services" provider.

By including this document within this appraisal report, I acknolwedge to the best of my ability that all of the above statements are valid and true, I have honestly agreed with them, and that I have no objections or reservations to their contrary.

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1226 S Bedford St | Unit # | 502 | City | Los Angeles | State CA Zip Code 90035 |
| Borrower | Libby Faith Markowitz | Owner of Public Record | MarMar Bedford LLC | | County | Los Angeles |

Legal Description    Tract 74076 Lot 1

| Assessor's Parcel # | 4332-022-066 | Tax Year | 2023 | R.E. Taxes $ N/A |
|---|---|---|---|---|

| Project Name | Bedford Twenty | Phase # | 1 | Map Reference | 31084 | Census Tract | 2164.01 |
|---|---|---|---|---|---|---|---|

| Occupant | ☐ Owner ☒ Tenant ☐ Vacant | Special Assessments $ | 0 | HOA $ | 0 | ☐ per year ☐ per month |
|---|---|---|---|---|---|---|

| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
|---|---|---|---|

| Assignment Type | ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe) | | |
|---|---|---|---|

Lender/Client    Greenbox Loans, Inc.    Address    3250 Wilshire Blvd, Suite 1900, Los Angeles, CA 90010

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    CRMLS#22204769. The subject was listed for sale on 9/30/22 for $1,550,000, however it was

Withdrawn on 12/21/22, then Cancelled on 3/30/23. The unit was NOT on market since December, 2022.

## CONTRACT

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| Contract Price $ | | Date of Contract | | Is the property seller the owner of public record? | ☐ Yes ☐ No | Data Source(s) |
|---|---|---|---|---|---|---|

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban ☐ Suburban ☐ Rural | Property Values | ☒ Increasing ☐ Stable ☐ Declining | PRICE | AGE | One-Unit | 70 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 10 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 700 Low | 1 | Multi-Family | 10 % |
| | | | | 17,750 High | 110 | Commercial | 7 % |
| | | | | 1,500 Pred. | 45 | Other | 3 % |

Neighborhood Boundaries    Market area is bounded east by La Brea Ave, west by Beverwil Dr, north by Wilshire Blvd and south by 10 Fwy

Neighborhood Description    The immediate neighborhood consists of single family residences as well as apartment & condo projects of various sizes. The major streets provide for local shopping and commerce. Local neighborhood amenities include public parks, transportation and schools. Land use for "Other" refers to public streets, parks and other community places.

Market Conditions (including support for the above conclusions)    The home values have maintained stable state over past 12 months. The supply is balanced with the demand. The exposure time with sufficient marketing effort & reasonable listing price is estimated in range of 1-3 months. The exposure time exists before the effective date of the appraisal, whereas the marketing time exists immediately after that date.

## PROJECT SITE

| Topography | At Street Level | Size | 12,777 sf | Density | High Density | View | B;CityView; |
|---|---|---|---|---|---|---|---|

| Specific Zoning Classification | LAR3 | Zoning Description | Multi Family |
|---|---|---|---|

| Zoning Compliance | ☒ Legal ☐ Legal Nonconforming - Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No |
|---|---|
| | ☐ No Zoning ☐ Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    ☒ Yes ☐ No    If No, describe    The subject property's highest and best use as-vacant and as-improved is the current use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street | Asphalt | ☒ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley | None | |

| FEMA Special Flood Hazard Area | ☐ Yes ☒ No | FEMA Flood Zone | X | FEMA Map # | 06037C1595G | FEMA Map Date | 12/21/2018 |
|---|---|---|---|---|---|---|---|

Are the utilities and off-site improvements typical for the market area?    ☒ Yes ☐ No    If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    ☐ Yes ☒ No    If Yes, describe

No external obsolescence is noted. Prelim Title report was not provided for this appraiser's review, thus an extraordinary assumption is made that there is no adverse information to affect the subject's appraised value opinion.

## PROJECT INFORMATION

Data source(s) for project information    Realist, CRMLS, Property Owner.

| Project Description | ☐ Detached ☐ Row or Townhouse ☐ Garden ☒ Mid-Rise ☐ High-Rise | Other (describe) |
|---|---|---|

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 5 | Exterior Walls | Stucco | # of Units | 20 | # of Phases | 1 | # of Planned Phases | |
| # of Elevators | 1 | Roof Surface | Rolled | # of Units Completed | 20 | # of Units | 20 | # of Planned Units | |
| ☒ Existing ☐ Proposed | | Total # Parking | 41 | # of Units For Sale | 0 | # of Units for Sale | 0 | # of Units for Sale | |
| ☐ Under Construction | | Ratio (spaces/units) | 2/1 | # of Units Sold | 0 | # of Units Sold | 0 | # of Units Sold | |
| Year Built | 2023 | Type | Subter | # of Units Rented | 15 | # of Units Rented | 15 | # of Units Rented | |
| Effective Age | 1 | Guest Parking | | # of Owner Occupied Units | 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | |

| Project Primary Occupancy | ☐ Principal Residence ☐ Second Home or Recreational ☒ Tenant | 15 out of 20 units are tenant occupied, and 5 are vacant. |
|---|---|---|

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☒ Yes ☐ No

Management Group    ☐ Homeowners' Association ☐ Developer ☒ Management Agent - Provide name of management company.    BZH is the leasing company, and MarMar Realty, Inc is the management company with on-site manager Nader.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?    ☒ Yes ☐ No    If Yes, Describe    The builder/developer owns all units.

Was the project created by the conversion of existing building(s) into a condominium?    ☒ Yes ☐ No    If Yes, describe the original use and date of conversion.

The subject property was initially built as a 20-unit, 5 story apartment building, which upon completion was converted into a 20-unit, 5 story condominium project with no changes in floor layout. CofO is issued for 20-unit condominium.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?    ☒ Yes ☐ No    If No, describe

Is there any commercial space in the project?    ☐ Yes ☒ No    If Yes, describe and indicate the overall percentage of the commercial space.

Individual Condominium Unit Appraisal Report    File #  2023120182

## PROJECT INFORMATION

Describe the condition of the project and quality of construction.    This is a newly constructed 20-unit condo project with common amenities. The project is completed in workmanlike manner. All the amenities are noted to be completed. The appraiser has no specific knowledge of any defects, structural inadequacies or other unapparent conditions relating to subject's structure and safety.

Describe the common elements and recreational facilities.    Common lobby, elevator, trash chute, bike storage.

Are any common elements leased to or by the Homeowners' Association?    ☐ Yes  ☒ No   If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    ☐ Yes  ☒ No   If Yes, $           per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    ☒ Yes  ☐ No   If No, describe and comment on the effect on value and marketability.

## PROJECT ANALYSIS

I ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    There is no HOA, hence no HOA fee is being collected. There is no reserve. The building is under the control of the developer/builder. No other condo budget related information was provided.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    ☐ Yes  ☒ No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High  ☒ Average  ☐ Low   If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   ☐ Yes  ☒ No   If Yes, describe and explain the effect on value and marketability.    Per developer/builder there is no pending litigation.

Unit Charge $ 0   per month X 12 = $ 0   per year   Annual assessment charge per year per square feet of gross living area = $ 0.00

Utilities included in the unit monthly assessment   ☒ None  ☐ Heat  ☐ Air Conditioning  ☐ Electricity  ☐ Gas  ☐ Water  ☐ Sewer  ☐ Cable  ☐ Other (describe)
The builder has a Master Insurance for the project. There is no HOA.

## UNIT DESCRIPTION

| General Description | Interior | materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|---|
| Floor #  5th;EndUnit | Floors  Wd-Lmnt,Tile/Gd | | ☐ Fireplace(s) # 0 | ☒ Refrigerator | ☐ None |
| # of Levels  5 | Walls  Drywall/Gd | | ☐ WoodStove(s) # 0 | ☒ Range/Oven | ☐ Garage  ☒ Covered  ☐ Open |
| Heating Type  FAU  Fuel  Gas | Trim/Finish  Base-Wd/Gd | | ☐ Deck/Patio  None | ☒ Disp  ☒ Microwave | # of Cars  2 |
| ☒ Central AC  ☐ Individual AC | Bath Wainscot  Tile/Gd | | ☒ Porch/Balcony  Blcny | ☒ Dishwasher | ☒ Assigned  ☐ Owned |
| ☐ Other (describe) | Doors  Hallow Core/Gd | | ☐ Other  None | ☒ Washer/Dryer  W/D | Parking Space #  TBD |

Finished area **above** grade contains:   5 Rooms   3 Bedrooms   3.1 Bath(s)   1,660 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered?   ☒ Yes  ☐ No   If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    During inspection the utilities were on. No appliance or climatization unit was tested for operation; thus an assumption is made that they are in working order. Smoke & CO detectors are installed. There is a central HW boiler on the roof, but the units are all sub-metered.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C2;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;The subject unit is a top floor, west facing corner unit with a balcony. The interior improvements are new and well maintained. The open floor-plan features a living room w/kitchen and dining area. The kitchen has custom cabinets, stone countertops and SS appliances. The bathrooms feature quality tilework and new vanities. Marketable views of city skyline. The combination of upgrades along with original items of construction combine for overall C2 condition rating.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes  ☒ No   If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes  ☐ No   If No, describe

## PRIOR SALE HISTORY

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  Realist
My research ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  Realist

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Realist, CRMLS | Realist, CRMLS | Realist, CRMLS | Realist, CRMLS |
| Effective Date of Data Source(s) | 01/09/2024 | 01/09/2024 | 01/09/2024 | 01/09/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    No relevant facts pertaining to the sales history of the subject property (past 36 months) and/or the comparable sales (past 12 months) are noted by the appraiser.

Manufactured Condominium Unit Appraisal Report    File # 2023120182

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| There are | 20 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,070,000 to $ 2,498,000 | | | |
| There are | 32 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,040,000 to $ 2,600,000 | | | |
| Address and Unit # | 1226 S Bedford St 502, Los Angeles, CA 90035 | 1825 Fox Hills Dr 201, Los Angeles, CA 90025 | 1123 S Shenandoah St 402, Los Angeles, CA 90035 | 718 N Croft Ave 204, Los Angeles, CA 90069 |
| Project Name and Phase | Bedford Twenty 1 | Century View HOA 1 | Vase Villas 1 | Croft Villas 1 |
| Proximity to Subject | | 2.37 miles W | 0.13 miles NW | 2.05 miles N |
| Sale Price | $ | $ 1,895,000 | $ 1,285,000 | $ 1,630,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 974.29 sq. ft. | $ 856.10 sq. ft. | $ 953.22 sq. ft. |
| Data Source(s) | | CRMLS#23324061;DOM 19 | CRMLS#23271135;DOM 19 | CRMLS#23252533;DOM 5 |
| Verification Source(s) | | Realist; Doc#861050 | Realist; Doc#763475 | Realist; Doc#283884 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Cash;0 | ArmLth Conv;0 | ArmLth Conv;0 |
| Date of Sale/Time | | s12/23;c11/23 | s11/23;c10/23 | s05/23;c03/23 |
| Location | N;Res; | B;Res;10%adj -190,000 | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | 0 | 500 0 | 460 0 | 495 0 |
| Common Elements and Rec. Facilities | CommonAreas BikeStrg,Elvtr | CommonAreas Strg,Elvtr 0 | CommonAreas Gym,MediaRm 0 | CommonAreas Rftpdeck,Strg 0 |
| Floor Location | 5th;EndUnit | 2nd,EndUnit 0 | 4th;EndUnit 0 | 2nd,EndUnit 0 |
| View | B;CityView; | N;Res;CitySt +50,000 | B;CityView; 0 | N;LtdSght;Trees +75,000 |
| Design (Style) | MR5L;Modern | O4L;LowRise 0 | O4L;LowRise 0 | MR5L;Modern 0 |
| Quality of Construction | Q3 | Q3 | Q3 | Q3 |
| Actual Age | 1 | 19 0 | 1 | 17 0 |
| Condition | C2 | C2 | C2 | C2 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 5 3 3.1 | 5 3 3.1 | 5 3 2.1 +50,000 | 5 3 3.0 +25,000 |
| Gross Living Area | 1,660 sq. ft. | 1,945 sq. ft. -71,000 | 1,501 sq. ft. +40,000 | 1,710 sq. ft. -13,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | 0sf | 0sf |
| Functional Utility | Good | Good | Good | Good |
| Heating/Cooling | FAU/CAC | FAU/CAC | FAU/CAC | FAU/CAC |
| Energy Efficient Items | Rec.Lights | Rec.Lights | Rec.Lights | Rec.Lights |
| Garage/Carport | 2cv;Assigned | 2cv;Assigned | 2cv;Assigned | 2cv;Assigned |
| Porch/Patio/Deck | Balcony | Balcony | Balcony | Balcony |
| APN | 4332-022-066 | 4319-009-173 0 | 4332-018-042 0 | 5528-002-090 0 |
| Net Adjustment (Total) | | ☐ + ☒ - $ -211,000 | ☒ + ☐ - $ 90,000 | ☒ + ☐ - $ 87,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 11.1 % Gross Adj. 16.4 % $ 1,684,000 | Net Adj. 7.0 % Gross Adj. 7.0 % $ 1,375,000 | Net Adj. 5.3 % Gross Adj. 6.9 % $ 1,717,000 |

Summary of Sales Comparison Approach    SEE USPAP ADDENDUM FOR ADDITIONAL COMMENTS:

COMMENT ON WEIGHTING OF THE COMPS: During the reconciliation the weighted average of the comparable sales is used as the indicated value of the subject property with more emphasis put on Comps 1 and 2 due to being the most recent and verifiable sales. Secondary weight is placed on Comps 3 and 5 due to being dated sales. No weight is placed on Comp 4, as the sale data has not been verified with public records.
Comp 6 is given the least weight due to being a listing comp.

Indicated Value by Sales Comparison Approach $    1,550,000

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ 6500 X Gross Rent Multiplier 250 = $ 1,625,000    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)    The appraiser was provided with the Rental Roll data of the subject project. However, there was insufficient market rental data outside of the project to validate the Income Approach . Therefore, the Income Approach is given less weight as it is based on the forecasted market rents of the comparable sales, which results in unverifiable and assumed Gross Rent Multipliers.

| Indicated Value by: Sales Comparison Approach $ 1,550,000 | Income Approach (if developed) $ 1,625,000 |
|---|---|

COMMENT ON SUBJECT'S APPRAISED VALUE OPINION: The appraised value opinion is supported by the comps' pre & post adjustment values; and it is within the Predominant Value in the subject area.

COMMENT ON WEIGHTING OF THE APPROACHES: The Sales Comparison Approach best reflects typical buyers & sellers in this neighborhood and provides the most reliable indicator of value for the subject property. Most weight has been placed on the Sales Comparison Approach to value, with emphasis on current levels of competition. The Income Approach is developed, however condo units are not typically purchased for their income producing potential, hence the Income Approach is given less weight. The Cost Approach is not developed.

This appraisal is made ☒ "as is",    ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed,    ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:    This Appraisal Report is intended for use by the lender/client as indicated on Page 1 for a mortgage finance transaction only. This report is not intended for any other use.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 1,550,000 , as of 01/09/2024 , which is the date of inspection and the effective date of this appraisal.

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Individual Condominium Unit Appraisal Report    File # 2023120182

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Individual Condominium Unit Appraisal Report    File # 2023120182

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Individual Condominium Unit Appraisal Report    File # 2023120182

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Mariam Aivazian | Name |
| Company Name  Universal Valuations | Company Name |
| Company Address  7769 Clearfield Ave | Company Address |
| Panorama City, CA 91402-6507 | |
| Telephone Number  310-775-7676 | Telephone Number |
| Email Address  mariamaivazian@universalvaluations.com | Email Address |
| Date of Signature and Report  01/18/2024 | Date of Signature |
| Effective Date of Appraisal  01/09/2024 | State Certification # |
| State Certification #  AR044156 | or State License # |
| or State License # | State |
| or Other (describe)              State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  11/06/2024 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

1226 S Bedford St

502, Los Angeles, CA 90035

APPRAISED VALUE OF SUBJECT PROPERTY $    1,550,000

LENDER/CLIENT

Name  No AMC

Company Name  Greenbox Loans, Inc.

Company Address  3250 Wilshire Blvd, Suite 1900, Los Angeles,
CA 90010

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Individual Condominium Unit Appraisal Report    File # 2023120182

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Address and Unit # | 1226 S Bedford St, 502, Los Angeles, CA 90035 | 1123 S Shenandoah St, 401, Los Angeles, CA 90035 | 1304 Roxbury Dr, 302, Los Angeles, CA 90035 | 1123 S Shenandoah St, 103, Los Angeles, CA 90035 |
| Project Name and Phase | Bedford Twenty, 1 | Vase Villas, 1 | Roxbury Modern, 1 | Vase Villas, 1 |
| Proximity to Subject | | 0.13 miles NW | 1.30 miles W | 0.13 miles NW |
| Sale Price | $ | $ 1,349,000 | $ 1,500,000 | $ 1,139,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 879.40 sq. ft. | $ 838.93 sq. ft. | $ 783.90 sq. ft. |
| Data Source(s) | | CRMLS#23271143;DOM 0 | CRMLS#23253921;DOM 13 | CRMLS#23313164;DOM 118 |
| Verification Source(s) | | Realist;Doc#N/A;ConfirmedbyAgt | Realist; Doc#293325 | Realist |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | ArmLth | | ArmLth | | Listing | |
| Concessions | | Conv;0 | | Conv;0 | | Active | |
| Date of Sale/Time | | s11/23;c11/23 | | s05/23;c04/23 | | | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 0 | 460 | 0 | 660 | 0 | 458 | 0 |
| Common Elements and Rec. Facilities | CommonAreas BikeStrg,Elvtr | CommonAreas Gym,MediaRm | 0 | CommonAreas Storage | 0 | CommonAreas Gym,MediaRm | 0 |
| Floor Location | 5th;EndUnit | 4th;EndUnit | 0 | 3rd;EndUnit | 0 | 1st;EndUnit | 0 |
| View | B;CityView; | B;CityView; | 0 | N;Res; | +50,000 | N;LtdSght;BckVw | +75,000 |
| Design (Style) | MR5L;Modern | Q3 | 0 | O3L;LowRise | 0 | O4L;LowRise | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 1 | 1 | | 17 | 0 | 1 | |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 5 / 3 / 3.1 | 5 / 3 / 2.1 | +50,000 | 5 / 3 / 2.1 | +50,000 | 5 / 3 / 2.1 | +50,000 |
| Gross Living Area | 1,660 sq. ft. | 1,534 sq. ft. | +32,000 | 1,788 sq. ft. | -32,000 | 1,453 sq. ft. | +52,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Rec.Lights | Rec.Lights | | Rec.Lights | | Rec.Lights | |
| Garage/Carport | 2cv;Assigned | 2cv;Assigned | | 2cv;Assigned | | 1cv;Assigned | +25,000 |
| Porch/Patio/Deck | Balcony | Balcony | | Balcony | | Balcony | |
| APN | 4332-022-066 | NotAvailable | 0 | 4330-013-086 | 0 | NotAvailable | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 82,000 | ☒ + ☐ - | $ 68,000 | ☒ + ☐ - | $ 202,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.1 % Gross Adj. 6.1 % | $ 1,431,000 | Net Adj. 4.5 % Gross Adj. 8.8 % | $ 1,568,000 | Net Adj. 17.7 % Gross Adj. 17.7 % | $ 1,341,000 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Realist, CRMLS | Realist, CRMLS | Realist, CRMLS | Realist, CRMLS |
| Effective Date of Data Source(s) | 01/09/2024 | 01/09/2024 | 01/09/2024 | 01/09/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales    No relevant facts pertaining to the sales history of the subject property (past 36 months) and/or the comparable sales (past 12 months) are noted by the appraiser.

Analysis/Comments    **GRID ADJUSTMENTS:** Adjustments to the comps reflect the market's reaction towards the differences between the subject and the comparables. The Client guidelines of 1) 25% or less gross adjustment; 2) 15% or less net adjustment; 3) 10% of sale price or less adjustment per line, have been exceeded due to large adjustments for GLA and condition.
-Square footage at $250 (minimum adj. $10,000)
-Bedroom adjustments are reflected in the GLA adjustments.
-Full bath at $50,000; 1/2 Bath at $25,000
-Quality/Condition adjustments at $30,000 and $70,000; Condition ratings are per the UAD requirement, however within the C1-C6 ratings there can be variances in degree of condition; i.e. updated baths with upgraded kitchen for one comp vs. upgraded baths with upgraded kitchen for another. Both may be considered similar condition ratings based on the UAD ratings, however may have a difference in dollar adjustment applied based on the degree and quality of the upgrades/remodeling. Sales comparison comments are provided to assist the reader in understanding the adjustments applied.
-Community amenities (pool,tennis court, etc.) at $20,000.
-View at $50,000 and $75,000; Location at 10% of SP (Comp 1 is adjusted for superior location).
-No adjustment is made for unit's floor location, fireplace and some of the association amenities, as their contributable value is too small to accurately measure.

# SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property. Adjustments should be made only for items of significant difference between the comparables and the subject property.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1226 S Bedford St 502, Los Angeles, CA 90035 | 1237 S Holt Ave Apt 507 Los Angeles, CA 90035 | | 1226 S Bedford St # 302 Los Angeles, CA 90035 | | 1482 S Sherbourne Dr Los Angeles, CA 90035 | |
| Proximity to Subject | | 0.79 miles SE | | 0.01 miles S | | 0.25 miles S | |
| Date Lease Begins Date Lease Expires | 12/01/2023 1 year lease | 02/01/2023 1 year lease | | 09/01/2023 | | Active listing | |
| Monthly Rental | If Currently Rented: $ 6,500 | $ 5,995 | | $ 5,800 | | $ 5,195 | |
| Less: Utilities | $ 0 | $ 0 | | $ 0 | | $ 0 | |
| Furniture | 0 | 0 | | 0 | | 0 | |
| Adjusted Monthly Rent | $ 6,500 | $ 5,995 | | $ 5,800 | | $ 5,195 | |
| Data Source | Realist,Insp. CRMLS | CRMLS#22206299 Realist; $4.25/SF | | Property Manager RentalRoll; $3.5/SF | | CRMLS#SR24000734 Realist; $3.15/SF | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Rent Concessions | | 0 | | 13th month free | | 0 | |
| Location/View | N;Res; B;CityView; | N;Res; B;CityView; | | N;Res; B;CityView; | | N;Res; B;CityView | |
| Design and Appeal | MR5L;Modern Condo | MR5L;Modern Condo | | MR5L;Modern Condo | | MR5L;Modern Apartments | |
| Age/Condition | 1 C2 | 1 C2 | | 1 C2 | | 5 C2 | |
| Above Grade Room Count | Total 5 / Bdrms 3 / Baths 3.1 | Total 5 / Bdrms 3 / Baths 3.0 | +100 | Total 5 / Bdrms 3 / Baths 3.1 | | Total 5 / Bdrms 3 / Baths 3 | +100 |
| Gross Living Area | 1,660 Sq. Ft. | 1,412 Sq. Ft. | +744 | 1,660 Sq. Ft. | | 1,250 Sq. Ft. | +1,230 |
| Other (e.g., basement, etc.) | 0sf | 0sf | | 0sf | | 0sf | |
| Other: | 2 Parking Balcony | 2 Parking Balcony | | 2 Parking Balcony | | 2 Parking Balcony | |
| Net Adj. (total) | | ☒ + ☐ – $ | 844 | ☐ + ☐ – $ | | ☒ + ☐ – $ | 1,330 |
| Indicated Monthly Market Rent | | | $ 6,839 | | $ 5,800 | | $ 6,525 |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy, and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.)   The rental data are very limited for comparable homes in the immediate neighborhood, thus the best available rental comparables are selected in this report.

The general vacancy rate is noted to be less than 2%. 1 month free rent is a typical concession in the area. Units are typically leased unfurnished, on 12-month lease bases with month-to-month option after the lease finishes.

The applied adjustments to the rental comparables are market derived; $3 per SF (min. $100 adj); half-bath at $100; marketable at $100.

No adjustments are made for age, location and other amenities due to lack of supporting and quantifiable data.

The subject was originally listed for lease for $7500, reduced to $6950 and was leased at $6500; CRMLS# 23251353.

Final Reconciliation of Market Rent:   During reconciliation all of the 3 rental comparables have been considered while deriving a rental value opinion.
The subject property's fair market rent is estimated at approx. $6500 per month or approx $3.9/SF, which supports the current lease.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF   01/09/2024   20 ___   TO BE $ 6,500

Appraiser(s) SIGNATURE _____   Review Appraiser SIGNATURE _____
(If applicable)

NAME  Mariam Aivazian _____   NAME _____

Freddie Mac Form 1000  (8/88) [Y2K]

Universal Valuations (310) 775-7676

Fannie Mae Form 1007  (8/88)

Form RNT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Market Conditions Addendum to the Appraisal Report    File No. 2023120182

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 1226 S Bedford St | City | Los Angeles | State | CA | ZIP Code | 90035 |
|---|---|---|---|---|---|---|---|
| Borrower | Libby Faith Markowitz | | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 15 | 9 | 8 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 2.50 | 3.00 | 2.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 12 | 14 | 20 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 4.80 | 4.67 | 7.50 | ☐ Declining | ☐ Stable | ☒ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
| Median Comparable Sale Price | $1,260,000 | $1,140,000 | $1,300,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 15 | 14 | 18 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $1,252,000 | $1,282,500 | $1,252,500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 72 | 94 | 68 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 99.08% | 99.14% | 100.00% | ☐ Declining | ☒ Stable | ☐ Increasing |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | ☐ Yes | ☒ No | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The California Regional MLS (Matrix) MLS reported no concessions between 01/09/2023 and 01/09/2024.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.    The Market Conditions Addenda was completed with data from California Regional MLS (Matrix) MLS with an effective date of 01/09/2024.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The MC form demonstrates the overall market condition for 3bd condo units within 3 mile radius from the subject. The search included all age buildings, and only disregarded condos located in Beverly Hills and West Hollywood. This purpose of this general search is to determine the overall market condition for condo units, more specifically for 3-bedroom units. The subject's project is a brand new construction and there are very limited comparables in the area, hence it was necessary to expand the search beyond brand new constructions.

Based on supplemental research, analysis and interviews with local real estate professionals, the real estate market in the subject neighborhood is noted to be in stable state. As of the effective date of this report there were 20 listing comparables, 1 of which was selected in this report.

**If the subject is a unit in a condominium or cooperative project, complete the following:**    Attached Units    Project Name: Bedford Twenty

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 0 | 0 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0 | 0 | 0 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Active Comparable Listings | 0 | 0 | 0 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | 0 | 0 | 0 | ☐ Declining | ☒ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☒ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.    None of the units from the subject project have sold during past 12 months.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name Mariam Aivazian | Supervisory Appraiser Name |
| Company Name Universal Valuations | Company Name |
| Company Address 7769 Clearfield Ave, Panorama City, CA 91402-6501 | Company Address |
| State License/Certification # AR044156    State CA | State License/Certification #    State |
| Email Address mariamaivazian@universalvaluations.com | Email Address |

**CMA**

## Residential

### Quick CMA Report

|  |  | Br/Ba | Sqft | LSqft | List Price | Sold Price | $/Sqft |
|---|---|---|---|---|---|---|---|
| **Total Listings:** | 12 | **Maximum:** | 3/4 | 1,945 | 19,500 | $1,898,000 | $1,895,000 | $987.38 |
| **Total on Market:** | 1 | **Minimum:** | 2/3 | 1,453 | 0 | $1,139,000 | $1,285,000 | $783.90 |
| **Sold/Exp Ratio:** | 0.00 | **Average:** | 3/3 | 1,706 | 11,146 | $1,539,083 | $1,544,889 | $889.57 |
|  |  | **Median:** | 3/3 | 1,758 | 12,672 | $1,545,000 | $1,500,000 | $867.75 |

### Active

| Address | City | YrBuilt | Sale Type | List Date | Br | Bath | CDOM | Sqft | LSqft | $/Sqft | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1123 S Shenandoah ST #1 | LA | 2023 | STD | 09/20/2023 | 3 | 3 | 118/611 | 1,453 | 12,672 | $783.90 | $1,139,000 |
| 825 N Croft AV #103 | LA | 2021 | STD | 12/13/2023 | 3 | 3 | 33/33 | 1,782 | 0 | $841.19 | $1,499,000 |
| 411 S Hamel RD #208 | LA | 2022 | STD | 01/11/2024 | 2 | 3 | 5/179 | 1,832 |  | $954.69 | $1,749,000 |

|  |  |  | **Maximum:** | 3/ | 3 | 611 | 1,832 | 12,672 | $954.69 | $1,749,000 |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | **Minimum:** | 2 | 3 | 33 | 1,453 | 0 | $783.90 | $1,139,000 |
|  |  |  | **Average:** | 3 | 3 | 274 | 1,689 | 6,336 | $859.93 | $1,462,333 |
|  |  |  | **Median:** | 3 | 3 | 179 | 1,782 | 6,336 | $841.19 | $1,499,000 |

### Closed

| Address | City | YrBuilt | Sale Type | COE Date | Br | Bath | CDOM | Sqft | LSqft | $/Sqft | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1123 S Shenandoah ST #4 | LA | 2023 | STD | 11/02/2023 | 3 | 3 | 19/137 | 1,501 | 12,672 | $856.10 | $1,285,000 |
| 1123 S Shenandoah ST #3 | LA | 2023 | STD | 11/17/2023 | 3 | 3 | 0/0 | 1,534 | 12,672 | $837.68 | $1,285,000 |
| 1123 S Shenandoah ST #4 | LA | 2023 | STD | 11/16/2023 | 3 | 3 | 0/0 | 1,534 | 12,672 | $879.40 | $1,349,000 |
| 1450 S Beverly DR #401 | LA | 2001 | STD | 11/27/2023 | 2 | 3 | 72/72 | 1,733 | 19,500 | $799.19 | $1,385,000 |
| 1304 Roxbury DR #302 | LA | 2007 | STD | 05/05/2023 | 3 | 3 | 13/13 | 1,788 | 10,049 | $838.93 | $1,500,000 |
| 718 N Croft AV #204 | LA | 2007 | STD | 05/02/2023 | 3 | 3 | 5/5 | 1,710 | 12,999 | $953.22 | $1,630,000 |
| 411 S Hamel RD #202 | LA | 2022 | STD | 12/04/2023 | 2 | 3 | 0/0 | 1,832 |  | $968.89 | $1,775,000 |
| 411 S Hamel RD #307 | LA | 2022 | STD | 11/13/2023 | 2 | 3 | 196/395 | 1,823 |  | $987.38 | $1,800,000 |
| 1825 Fox Hills DR #201 | LA | 2005 | STD | 12/11/2023 | 3 | 4 | 19/19 | 1,945 | 7,081 | $974.29 | $1,895,000 |

|  |  |  | **Maximum:** | 3 | 4 | 395 | 1,945 | 19,500 | $987.38 | $1,895,000 |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | **Minimum:** | 2 | 3 | 0 | 1,501 | 7,081 | $799.19 | $1,285,000 |
|  |  |  | **Average:** | 3 | 3 | 71 | 1,711 | 12,521 | $899.45 | $1,544,889 |
|  |  |  | **Median:** | 3 | 3 | 13 | 1,733 | 12,672 | $879.40 | $1,500,000 |

**Criteria:**
Displaying 14 Listings from My Cross Property Cart
Property Type is one of 'Residential', 'Residential Lease'

Printed By Mariam Aivazian CalBRE: AR044156 on 1/16/24

This is an opinion of value or Comparative Market Analysis and should not be considered an appraisal . In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation .

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Subject Photo Page**

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. |



**Subject Front**

1226 S Bedford St
Sales Price
Gross Living Area      1,660
Total Rooms            5
Total Bedrooms         3
Total Bathrooms        3.1
Location               N;Res;
View                   B;CityView;
Site                   12777 sf
Quality                Q3
Age                    1



**Subject Rear**



**Subject Street**



**Subject Photos**

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles    County  Los Angeles    State  CA    Zip Code  90035 |
| Lender/Client | Greenbox Loans, Inc. |



**Street Scene**



**Side View**



**Side View**



**Landscaping in the Back**



**Lobby Area**



**Elevator**

**Subject Photos**

| Borrower | Libby Faith Markowitz | | | | |
|---|---|---|---|---|---|
| Property Address | 1226 S Bedford St | | | | |
| City | Los Angeles | County | Los Angeles | State CA | Zip Code 90035 |
| Lender/Client | Greenbox Loans, Inc. | | | | |



**Common Subterranean Garage**



**Common Subterranean Garage**



**Mailboxes**



**Utility Meters**



**Side Access to Parking Garage**



**Alternate View of Building's Rear**

**Subject Unit's Interior Photos**

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. |



**Front Door**



**Unit Number**



**Entry**



**Living Room/Dining Area
Open Concept**



**Dining Area**



**Kitchen**

**Subject Unit's Interior Photos**

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles   County   Los Angeles   State   CA   Zip Code   90035 |
| Lender/Client | Greenbox Loans, Inc. |



**Bedroom 1**



**Bedroom 2**



**Bedroom 3**



**Bathroom 1**



**Bathroom 2**



**Bathroom 3**

**Subject Unit's Interior Photos**

| Borrower | Libby Faith Markowitz | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1226 S Bedford St | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. | | | | | | |



**1/2 Bathroom**



**Balcony**



**View From Balcony**



**Hallway**



**Smoke/CO Detector**



**In-Unit Laundry**

**Comparable Photo Page**

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles |
| County | Los Angeles |
| State | CA |
| Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. |



### Comparable 1
1825 Fox Hills Dr

| | |
|---|---|
| Prox. to Subject | 2.37 miles W |
| Sale Price | 1,895,000 |
| Gross Living Area | 1,945 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | B;Res;10%adj |
| View | N;Res;CitySt |
| Site | 7081 sf |
| Quality | Q3 |
| Age | 19 |

photo from MLS



### Comparable 2
1123 S Shenandoah St

| | |
|---|---|
| Prox. to Subject | 0.13 miles NW |
| Sale Price | 1,285,000 |
| Gross Living Area | 1,501 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | B;CityView; |
| Site | 12672 sf |
| Quality | Q3 |
| Age | 1 |

photo from MLS



### Comparable 3
718 N Croft Ave

| | |
|---|---|
| Prox. to Subject | 2.05 miles N |
| Sale Price | 1,630,000 |
| Gross Living Area | 1,710 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;LtdSght;Trees |
| Site | 12999 sf |
| Quality | Q3 |
| Age | 17 |

photo from MLS

| Borrower | Libby Faith Markowitz | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1226 S Bedford St | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. | | | | | |



### Comparable 4

1123 S Shenandoah St

| Prox. to Subject | 0.13 miles NW |
|---|---|
| Sale Price | 1,349,000 |
| Gross Living Area | 1,534 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | B;CityView; |
| Site | 12672 sf |
| Quality | Q3 |
| Age | 1 |

photo from MLS



### Comparable 5

1304 Roxbury Dr

| Prox. to Subject | 1.30 miles W |
|---|---|
| Sale Price | 1,500,000 |
| Gross Living Area | 1,788 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10049 SF |
| Quality | Q3 |
| Age | 17 |

photo from MLS



### Comparable 6

1123 S Shenandoah St

| Prox. to Subject | 0.13 miles NW |
|---|---|
| Sale Price | 1,139,000 |
| Gross Living Area | 1,453 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;LtdSght;BckVw; |
| Site | 12672 sf |
| Quality | Q3 |
| Age | 1 |

photo from MLS

Rentals Photos 1 - 3

| Borrower | Libby Faith Markowitz | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1226 S Bedford St | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. | | | | | | |



### Rental  1

1237 S Holt Ave Apt 507
Proximity to Subject  0.79 miles SE
Adj. Monthly Rent  5,995
Gross Living Area  1,412
Total Rooms  5
Total Bedrooms  3
Total Bathrooms  3.0
Location  N;Res;
View  B;CityView;
Condition  C2
Age  1

photo from MLS



### Rental  2

1226 S Bedford St # 302
Proximity to Subject  0.01 miles S
Adj. Monthly Rent  5,800
Gross Living Area  1,660
Total Rooms  5
Total Bedrooms  3
Total Bathrooms  3.1
Location  N;Res;
View  B;CityView;
Condition  C2
Age  1

photo from MLS



### Rental  3

1482 S Sherbourne Dr
Proximity to Subject  0.25 miles S
Adj. Monthly Rent  5,195
Gross Living Area  1,250
Total Rooms  5
Total Bedrooms  3
Total Bathrooms  3
Location  N;Res;
View  B;CityView
Condition  C2
Age  5

photo from MLS

**Building Sketch**

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. |

The floorplan is obtained from tax records, is compared with the Architectural Plans, and is verified during the inspection.
The Unit was measured in accordance with ANSI Z765-2021 standards, however the sketch is provided to visualize the property.
It is not an architectural draft report.



**Unit 502**
[1659.55 Sq ft]

TOTAL Sketch by a la mode

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| Unit 502 | 1659.55 Sq ft | $0.5 \times 25.72 \times 0.2$ = | 2.57 |
| | | $25.72 \times 6.8$ = | 174.9 |
| | | $33.32 \times 0.6$ = | 19.99 |
| | | $35.62 \times 12.2$ = | 434.56 |
| | | $42.42 \times 1.8$ = | 76.36 |
| | | $44.12 \times 7.1$ = | 313.25 |
| | | $0.5 \times 0.1 \times 14.9$ = | 0.74 |
| | | $42.62 \times 14.9$ = | 635.04 |
| | | $0.5 \times 42.72 \times 0.1$ = | 2.14 |
| **Total Living Area (Rounded):** | **1660 Sq ft** | | |
| Non-living Area | | | |
| Balcony | 22.35 Sq ft | $1.4 \times 14.9$ = | 20.86 |
| | | $0.5 \times 0.1 \times 14.9$ = | 0.74 |
| | | $0.5 \times 0.1 \times 14.9$ = | 0.74 |
| Balcony | 48.41 Sq ft | $13.79 \times 3.51$ = | 48.37 |
| | | $0.5 \times 0.01 \times 3.51$ = | 0.02 |
| | | $0.5 \times 0.01 \times 3.51$ = | 0.02 |

**Location Map**

| Borrower | Libby Faith Markowitz | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1226 S Bedford St | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90035 |
| Lender/Client | Greenbox Loans, Inc. | | | | | |



SUBJECT
1226 S Bedford St # 502

**Plat Map**



**Plat Map 2**



SUBDIVISION OF AIRSPACE
CONDOMINIUM TR NO 74076

**Location Map**

| | |
|---|---|
| Borrower | Libby Faith Markowitz |
| Property Address | 1226 S Bedford St |
| City | Los Angeles |
| Lender/Client | Greenbox Loans, Inc. |

| County | Los Angeles | State | CA | Zip Code | 90035 |
|---|---|---|---|---|---|



Page 1 of 2

# CITY OF LOS ANGELES
## CALIFORNIA



### KAREN BASS
MAYOR

# CERTIFICATE OF OCCUPANCY

| OWNER | LENMAR BEDFORD LLC | | |
|---|---|---|---|

No building or structure or portion thereof and no trailer park or portion thereof shall be used or occupied until a Certificate of Occupancy has been issued thereof.                                                            Section

493  S ROBERTSON BLVD

BEVERLY HILLS CA                                         90211

| CERTIFICATE: | Issued-Valid | DATE: |
|---|---|---|
| BY:  **DAVID  TSAU** | | **04/21/2023** |
| **GREEN - MANDATORY** | | |

**SITE IDENTIFICATION**

ADDRESS:   **1226 S BEDFORD ST # 1-20 90035**

**LEGAL DESCRIPTION**

| TRACT | BLOCK | LOT(s) | ARB | CO. MAP REF # | PARCEL PIN | APN |
|---|---|---|---|---|---|---|
| TR 6749 | 3 | 22 | | M B 74-100 | 132B169  902 | 4332-022-040 |

This certifies that, so far as ascertained or made known to the undersigned, the building or portion of building described below and located at the above address(es) complies with the applicable construction requirements (Chapter 9) and/or the applicable zoning requirements (Chapter 1) of the Los Angeles Municipal Code for the use and occupancy group in which it is classified and with applicable requirements of the State Housing Law for the following occupancies and is subject to any affidavits or building and zoning code modifications whether listed or not.

**COMMENT**   5-STORY, TYPES I-A/III-A, 20-UNIT CONDOMINIUM BUILDING OVER ONE LEVEL SUBTERRANEAN PARKING GARAGE. PROJECT INCLUDING TWO (2) VERY LOW INCOME UNITS.

| USE | PRIMARY | OTHER |
|---|---|---|
| | **Condo-Multi Family** | **Garage - Private** |

**PERMITS**

| 15010-10000-04477 | 15010-10001-04477 | 22016-10000-01952 | |
|---|---|---|---|

**STRUCTURAL INVENTORY**

| ITEM DESCRIPTION | CHANGED | TOTAL |
|---|---|---|
| Basement (ZC) | 1 Levels | 1 Levels |
| Dwelling Unit | 20 Units | 20 Units |
| Floor Area (ZC) | 26072 Sqft | 26072 Sqft |
| Height (ZC) | 56 Feet | 56 Feet |
| Length | 87.92 Feet | 87.92 Feet |
| NFPA-13R Fire Sprinklers Thru-out | | |
| Stories | 5 Stories | 5 Stories |
| Type I-A Construction | | |
| Type III-A Construction | | |
| Width | 84 Feet | 84 Feet |
| R2 Occ. Group | 35238 Sqft | 35238 Sqft |
| S2 Occ. Group | 11714 Sqft | 11714 Sqft |
| Long Term Bicycle Parking Provided for Bldg | 20 Spaces | 20 Spaces |
| Parking Req'd for Bldg (Auto+Bicycle) | 39 Stalls | 39 Stalls |
| Provided Compact for Bldg | 19 Stalls | 19 Stalls |
| Provided Compact for Bldg(2) | -1 Stalls | 18 Stalls |
| Provided Disabled for Bldg | 2 Stalls | 2 Stalls |
| Provided Standard for Bldg | 20 Stalls | 20 Stalls |
| Provided Standard for Bldg(2) | -1 Stalls | 19 Stalls |
| Short Term Bicycle Parking Provided for Bldg | 2 Spaces | 2 Spaces |
| Total Provided Parking for Site | 40 Stalls | 40 Stalls |

## CITY LADBS
### DEPARTMENT OF BUILDING AND SAFETY

**APPROVAL**

| | |
|---|---|
| CERTIFICATE NUMBER | 174984 |
| BRANCH OFFICE: | LA |
| COUNCIL DISTRICT: | 5 |
| BUREAU: | INSPECTN |
| DIVISION: | BLDGINSP |
| STATUS: | CofO Issued |
| STATUS BY: | DAVID  TSAU |
| STATUS DATE: | 04/21/2023 |

APPROVED BY:          **DAVID  TSAU**

EXPIRATION DATE:

08-B-95A

## Certificate of Occupancy – Page 2

Page 2 of 2                                                                                                          Certificate No: *174984

### PERMIT DETAIL

| PERMIT NUMBER | PERMIT ADDRESS | PERMIT DESCRIPTION | STATUS - DATE - BY |
|---|---|---|---|
| 15010-10000-04477 | 1226 S Bedford St # 1-20 | NEW 20- UNIT , FIVE -STORY APARTMENT BUILDING OVER ONE LEVEL SUBTERRANEAN GARAGE . (See Comment . ) | CofO Issued - 04/21/2023 DAVID  TSAU |
| 15010-10001-04477 | 1226 S Bedford St # 1-20 | SUPPLEMENTAL PERMIT TO PERMIT # 15010-10000-04477 TO REVISE METHANE GAS MITIGATION DETAILS TO PROVIDE A  V-BOTTOM MAT FOUNDATION (1% MIN SLOPE) TO RELIEVE POTENTIAL GAS BUILDUP @ BOTTOM OF BASEMENT GARAGE . | Permit Finaled - 04/13/2023 DERRICK P SPENCER |
| 22016-10000-01952 | 1226 S Bedford St 1-20 | CONVERSION OF (E) 20 UNITS 5-STORY APARTMENT OVER SUBTERRANEAN GARAGE TO CONDOMINIUM PER VTT-74076-CN. CORRECT THE PROVIDED NUMBER OF PARKINGS IN STRUCTURE INVENTORY. NO CHANGE TO FLOOR LAYOUT. | Permit Finaled - 04/21/2023 DERRICK P SPENCER |

### PARCEL INFORMATION

| | | |
|---|---|---|
| Area Planning Commission: Central | Census Tract: 2164.01 | Certified Neighborhood Council: South Robertson |
| Community Plan Area: Wilshire | Council District: 5 | District Map: 132B169 |
| Earthquake-Induced Liquefaction Area: Yes | Energy Zone: 9 | LADBS Branch Office: LA |
| Lot Size: 100' X 128' | Lot Type: INTERIOR | Methane Hazard Site: Methane Zone |
| Near Source Zone Distance: 1.1 | Thomas Brothers Map Grid: 632-J4 | Zone: [Q]R3-1-O |

### PARCEL DOCUMENT

| | | |
|---|---|---|
| City Planning Cases (CPC) CPC-1966-19677 | City Planning Cases (CPC) CPC-19677 | City Planning Cases (CPC) CPC-1989-146-ZC |
| City Planning Cases (CPC) CPC-2018-3731-GPA-ZC-HD-CDO | Director's Determination (DTRM) DIR-2014-4864-DB | Interim Control Ordinance (ICO) Nbrhood Consrvn ICO - Lower Council Dist. 5 |
| Ordinance (ORD) ORD-133511 | Ordinance (ORD) ORD-167335 | Ordinance (ORD) ORD-167336 |
| Ordinance (ORD) ORD-183497 | Rent Stabilization Ordinance (RENT) YES | Zoning Information File (ZI) ZI-2443 Nbrhood Consrvn ICO -Lower Council Dist. 5 |
| Zoning Information File (ZI) ZI-2452 Transit Priority Area in the City of Los A | | |

### CHECKLIST ITEMS

| | | |
|---|---|---|
| Attachment - Owner-Builder Declaration | Attachment - Plot Plan | Permit Flag - Fire Life Safety Clearnce Reqd |
| Permit Flag - Fire Life Safety by LADBS | Permit Flag - Not a Fire Life Safety Project | Special Inspect - Anchor Bolts |
| Special Inspect - Concrete>2.5ksi | Special Inspect - Masonry | Special Inspect - Structural Observation |
| Std. Work Descr - Seismic Gas Shut Off Valve | Storm Water - LID Project | Storm Water - SUSMP |

### PROPERTY OWNER, TENANT, APPLICANT INFORMATION

OWNER(S)

| | | |
|---|---|---|
| Lenmar Bedford Llc | 493 Robertson Blvd | BEVERLY HILLS CA 90211 |
| Marmar Bedford Llc | 493 Robertson Blvd | BEVERLY HILLS CA 90211 |

TENANT

APPLICANT

| | | | |
|---|---|---|---|
| Relationship: Architect J.  Mashihi- | 8671 Wilshire Blvd. # 610 | BEVERLY HILLS, CA 90211 | (310) 855-0823 |
| Relationship: Other Jacques  Mashihi- | | | (310) 855-0823 |

### BUILDING RELOCATED FROM:

### (C)ONTRACTOR, (A)RCHITECT & (E)NGINEER INFORMATION

| | NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|---|
| (A) | Mashihi, Jacques | 10556 Ashton Avenue, | Los Angeles, CA 90024 | NA | C15922 | (310) 855-0823 |
| (A) | Mashihi,, Jacques | 10556 Ashton Avenue, | Los Angeles, CA 90024 | NA | C15922 | |
| (E) | , Terra-Petra | 700 S. Flower Street, 2580 | Los Angeles, CA 90017 | NA | C19689 | (213) 458-0494 |
| (E) | Berkoz, Ertunga | 4665 Ellenita Ave, | Tarzana, CA 91356 | NA | S2504 | (818) 668-8589 |
| (E) | De, Rama  Reynaldo Tinamisan | 21335 Thomas Drive, | Carson, CA 90745 | NA | C29108 | (424) 832-3455 |
| (E) | Mahn, Jonathan Edward | 12848 Foothill Blvd, | Sylmar, CA 91381 | NA | C60293 | (818) 898-1595 |
| (O) | , Owner-Builder | , | , | NA | 0 | (310) 275-2211 |
| (O) | , Owner-Builder | , | , | NA | 0 | |

### SITE IDENTIFICATION-ALL

ADDRESS:

1226 S BEDFORD ST # 1-20 90035

### LEGAL DESCRIPTION-ALL

| TRACT | BLOCK | LOT(s) | ARB | CO.MAP REF # | PARCEL PIN | APN |
|---|---|---|---|---|---|---|
| TR 6749 | 3 | 22 | | M B 74-100 | 132B169  902 | 4332-022-040 |
| TR 6749 | 3 | 23 | | M B 74-100 | 132B169  917 | 4332-022-041 |

**APNs**



OFFICE OF THE ASSESSOR • COUNTY OF LOS ANGELES
**NOTICE OF CHANGE IN ASSESSOR'S IDENTIFICATION NUMBER(S)**

DEC 18 2023

| IMPORTANT INFORMATION |
| ON REVERSE SIDE |

PAGE   1

MARMAR BEDFORD LLC
493 S ROBERTSON BLVD
BEVERLY HILLS CA 90211-3603

**LOCATION OF PROPERTY**
1220 S BEDFORD ST
LOS ANGELES CA     90035-2204

**THE NEW ASSESSOR'S
IDENTIFICATION NUMBER(S) ARE
EFFECTIVE AS OF  01/13/23**

**NEW ASSESSOR'S IDENTIFICATION NUMBER(S)  *KEY**

**OLD ASSESSOR'S
IDENTIFICATION NUMBER(S)**

| (MPBK-PG-PCL) | (MPBK-PG-PCL) | (MPBK-PG-PCL) | (MPBK-PG-PCL) | (MPBK-PG-PCL) | (MPBK-PG-PCL) |
|---|---|---|---|---|---|
| 4332 022 049 | 4332 022 050 | 4332 022 051 C | 4332 022 048 | | |
| 4332 022 052 | 4332 022 053 | | 4332 022 054 | | |
| 4332 022 055 | 4332 022 056 | | 4332 022 057 | | |
| 4332 022 058 | 4332 022 059 | | 4332 022 060 | | |
| 4332 022 061 | 4332 022 062 | | 4332 022 063 | | |
| 4332 022 064 | 4332 022 065 | | 4332 022 066 | | |
| 4332 022 067 | 4332 022 068 | | | | |

* * END OF LISTING * * *

ASSR-535 (REV. 7/16)

**APNs – Page 1**

1/3/24  3:09 PM                                    Parcel Detail - Los Angeles County Assessor Portal

| Parcel Change ID | Format & Parcel Count | Old AIN | | Subject Parcel | New AIN | Effective Date | System Entry Date | Change Type | C |
|---|---|---|---|---|---|---|---|---|---|
| 223012402004001 | 1:1 | | | YES | | 12/21/2022 | 07/22/2023 | C - Fee to Fee/Public | T |
| | 1 | 4332-022-047* (parceldetail/4332022047) | → | | 4332-022-048 (parceldetail/4332022048) | | | | |
| 223050373001001 | 1:20 | | | YES | | 01/13/2023 | 10/08/2023 | C - Fee to Fee/Public | A |
| | 1 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-049 (parceldetail/4332022049) | | | | |
| | 2 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-050 (parceldetail/4332022060) | | | | |
| | 3 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-051 (parceldetail/4332022051) | | | | |
| | 4 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-052 (parceldetail/4332022052) | | | | |
| | 5 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-053 (parceldetail/4332022053) | | | | |
| | 6 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-054 (parceldetail/4332022054) | | | | |
| | 7 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-055 (parceldetail/4332022055) | | | | |
| | 8 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-056 (parceldetail/4332022056) | | | | |
| | 9 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-057 (parceldetail/4332022057) | | | | |
| | 10 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-058 (parceldetail/4332022058) | | | | |
| | 11 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-059 (parceldetail/4332022059) | | | | |
| | 12 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-060 (parceldetail/4332022060) | | | | |
| | 13 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-061 (parceldetail/4332022061) | | | | |
| | 14 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-062 (parceldetail/4332022062) | | | | |
| | 15 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-063 (parceldetail/4332022063) | | | | |
| | 16 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-064 (parceldetail/4332022064) | | | | |
| | 17 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-065 (parceldetail/4332022065) | | | | |
| | 18 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-066 (parceldetail/4332022066) | | | | |
| | 19 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-067 (parceldetail/4332022067) | | | | |
| | 20 | 4332-022-048* (parceldetail/4332022048) | → | | 4332-022-068 (parceldetail/4332022068) | | | | |

**❯ Assessment History**

Show All: ☐  Hide Inactive Rolls: ☐                                                    Showing 1 to 3 of 3 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 223-PSEG | C | A | 10/15/2023 | 05/01/2017 | $ 7,895,971 | $ 1,893,771 | $ 6,002,200 |
| 2230000 | R | I | 10/08/2023 | 05/01/2017 | $ 6,748,971 | $ 1,893,771 | $ 4,855,200 |
| 2220001 | W | W | 0 | 05/01/2017 | $ 6,616,639 | $ 1,856,639 | $ 4,760,000 |

© 2023- Los Angeles County Assessor
Contact Us (https://assessor.lacounty.gov/contact-us/) | Disclaimer (disclaimer) | FAQ (faq)
PDB Effective Date: 12/19/2023

f (https://facebook.com/LACAssessor)    🐦 (https://www.twitter.com/LACASSESSOR)    in (https://www.linkedin.com/company/los-angeles-county-office-of-the-assessor)    ▶ (https://youtube.com/u 

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Old Public Record for Subject Project – Page 1**

**1220 S Bedford St, Los Angeles, CA 90035-2204, Los Angeles County**  📍 Expired Listing
APN: 4332-022-047    CLIP: 5072016971

| | Beds **N/A** | Full Baths **N/A** | Half Baths **N/A** | Sale Price **$1,250,000** | Sale Date **02/07/2007** |
|---|---|---|---|---|---|
| | Bldg Sq Ft **N/A** | Lot Sq Ft **12,777** | MLS Yr Built **1929** | Type **APT** | |

### OWNER INFORMATION

| | | | |
|---|---|---|---|
| Owner Name | **Marmar Bedford LLC** | Tax Billing Zip | **90211** |
| Mail Owner Name | **Marmar Bedford LLC** | Tax Billing Zip+4 | **3603** |
| Tax Billing Address | **493 S Robertson Blvd** | Owner Occupied | **No** |
| Tax Billing City & State | **Beverly Hills, CA** | | |

### COMMUNITY INSIGHTS

| | | | |
|---|---|---|---|
| Median Home Value | **$1,487,584** | School District | **LOS ANGELES UNIFIED** |
| Median Home Value Rating | **10 / 10** | Family Friendly Score | **8 / 100** |
| Total Crime Risk Score (for the neighborhood, relative to the nation) | **16 / 100** | Walkable Score | **91 / 100** |
| Total Incidents (1 yr) | **179** | Q1 Home Price Forecast | **$1,505,692** |
| Standardized Test Rank | **50 / 100** | Last 2 Yr Home Appreciation | **8%** |

### LOCATION INFORMATION

| | | | |
|---|---|---|---|
| Zip Code | **90035** | School District | **Los Angeles** |
| Carrier Route | **C051** | Comm College District Code | **Los Angeles City** |
| Zoning | **LAR3** | Census Tract | **2164.01** |
| Tract Number | **6749** | Within 250 Feet of Multiple Flood Zone | **No** |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| APN | **4332-022-047** | Lot | **22** |
| Alternate APN | **4332-022-040** | Block | **3** |
| % Improved | **76%** | Water Tax Dist | **Southern California** |
| Tax Area | **67** | | |
| Legal Description | **TR=6749 LOTS 22 AND 23 BLK 3** | | |

### ASSESSMENT & TAX

| Assessment Year | 2023 | 2022 | 2021 |
|---|---|---|---|
| Assessed Value - Total | **$7,895,970** | **$5,624,519** | **$5,514,235** |
| Assessed Value - Land | **$1,893,771** | **$1,856,639** | **$1,820,235** |
| Assessed Value - Improved | **$6,002,199** | **$3,767,880** | **$3,694,000** |
| YOY Assessed Change ($) | **$2,271,451** | **$110,284** | |
| YOY Assessed Change (%) | **40.38%** | **2%** | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2020 | **$47,992** | | |
| 2021 | **$66,125** | **$18,133** | **37.78%** |
| 2022 | **$66,524** | **$399** | **0.6%** |

| Special Assessment | | Tax Amount | |
|---|---|---|---|
| Safe Clean Water83 | | **$280.37** | |
| Healthlicfees62 | | **$355.00** | |
| La Stormwater 21 | | **$90.70** | |
| Flood Control 62 | | **$113.77** | |
| City Lt Maint 21 | | **$106.13** | |
| Lawestmosqab31 | | **$14.65** | |
| Lacity Park Dist21 | | **$8.91** | |

### CHARACTERISTICS

| | | | |
|---|---|---|---|
| County Land Use | **Apartment** | Lot Area | **12,777** |
| Universal Land Use | **Tax: Apartment MLS: Duplex** | Gross Area | **MLS: 2,890** |
| Lot Acres | **0.2933** | Year Built | **MLS: 1929** |

### LISTING INFORMATION

**Property Details** Courtesy of Mariam Alvazian, Universal Valuations, California Regional MLS
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 01/16/24

Page 1/2

**Old Public Record for Subject Project – Page 2**

| MLS Listing Number | 14791783 | MLS Original List Price | $3,500,000 |
|---|---|---|---|
| MLS Status | Expired | MLS Listing Agent | Clw-X46570-Fariba Atighehchi |
| MLS Area | C09 - BEVERLYWOOD VICINITY | MLS Listing Broker | JAMES BERNARD SMITH |
| MLS Status Change Date | 03/01/2015 | MLS Source | CL |
| MLS Current List Price | $3,500,000 | | |

| | |
|---|---|
| MLS Listing # | 11564973 |
| MLS Status | Expired |
| MLS Listing Date | 10/19/2011 |
| MLS Listing Price | $2,600,000 |
| MLS Orig Listing Price | $2,600,000 |
| MLS Source | CL |

### LAST MARKET SALE & SALES HISTORY

| | | | |
|---|---|---|---|
| Recording Date | 03/02/2007 | Sale Type | Full |
| Sale Date | 02/07/2007 | Deed Type | Grant Deed |
| Sale Price | $1,250,000 | Owner Name | Marmar Bedford LLC |
| Document Number | 457197 | Seller | Azaria David & Calomira |

### MORTGAGE HISTORY

| Mortgage Date | 08/03/2023 | 08/03/2023 | 02/07/2022 | 02/07/2022 | 01/19/2018 |
|---|---|---|---|---|---|
| Mortgage Amount | $2,029,994 | $2,500,000 | $2,500,000 | $14,000,000 | $13,500,000 |
| Mortgage Lender | Artemis Realty Cap Advisors Ll | Artemis Realty Cap Advisors Ll | Artemis Realty Cap Advisors Ll | Lone Oak Fund LLC | Parkview Fin'l Fund 2015 Lp |
| Mortgage Code | Conventional | Conventional | Conventional | Conventional | |

| Mortgage Date | 05/01/2017 | 03/02/2007 | 03/02/2007 |
|---|---|---|---|
| Mortgage Amount | $7,785,250 | $1,000,000 | $124,875 |
| Mortgage Lender | Artemis Realty Cap Advisors Ll | Washington Mutual Bk Fa | Washington Mutual Bk |
| Mortgage Code | Conventional | Conventional | Conventional |

### FORECLOSURE HISTORY

| Document Type | Release Of Lis Pendens/Notice | Release Of Lis Pendens/Notice | Lis Pendens | Lis Pendens |
|---|---|---|---|---|
| Foreclosure Filing Date | | | 10/29/2021 | 08/25/2021 |
| Recording Date | 03/02/2022 | 02/10/2022 | 11/04/2021 | 08/31/2021 |
| Document Number | 241776 | 167586 | 1655898 | 1336175 |
| Final Judgment Amount | | | | $58,423 |
| Original Doc Date | 08/31/2021 | 08/31/2021 | | 08/18/2021 |
| Original Document Number | 1336305 | 1336175 | | 1263420 |
| Lien Type | | | Realty (Mech) | Realty (Mech) |

**Property Details**  Courtesy of Mariam Alvazian, Universal Valuations, California Regional MLS

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 01/16/24

Page 2/2

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Form UADDEFINE - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

### UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a
plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation
and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials
with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings
are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or
expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical
systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions
to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major
components have been replaced or updated. Those over fifteen years of age are also considered not updated if the
appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained
and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications
are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute
updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not
include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through
complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include
some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation
of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of)
square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not
included in the bathroom count.  The number of full and half baths is reported by separating the two values using a
period, where the full bath count is represented to the left of the period and the half bath count is represented to the
right of the period.

Example:
3.2 indicates three full baths and two half baths.

Form UADDEFINE - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Avg. | Average | Improvements |
| CompShingle | Composition Shingle | Improvements |
| Alum.Sliding | Aluminum Sliding | Improvements |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

UAD Version 9/2011



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS

## REAL ESTATE APPRAISER LICENSE

**Mariam Aivazian**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AR 044156

Effective Date:    November 7, 2022
Date Expires:    November 6, 2024

Angela Jemmott/Bureau Chief, BREA

3068358

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

**Updated Copy of E&O**

**HUDSON INSURANCE COMPANY**
100 William Street, 5th Floor
New York, NY 10038



### REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY DECLARATIONS

**NOTICE: THIS IS A "CLAIMS MADE AND REPORTED" POLICY. THIS POLICY REQUIRES THAT A CLAIM BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE INSURER, IN WRITING, DURING THE POLICY PERIOD OR AUTOMATIC EXTENDED REPORTING PERIOD.**

**THIS POLICY MAY CONTAIN PROVISIONS WHICH LIMIT THE AMOUNT OF CLAIM EXPENSES THE INSURER IS RESPONSIBLE TO PAY IN CONNECTION WITH CLAIMS. CLAIM EXPENSES SHALL BE SUBJECT TO ANY DEDUCTIBLE AMOUNT. THE PAYMENT OF CLAIM EXPENSES WILL REDUCE THE LIMITS OF LIABILITY STATED IN ITEM 4. OF THE DECLARATIONS. PLEASE READ YOUR POLICY CAREFULLY.**

### PLEASE READ THIS POLICY CAREFULLY.

1. **Policy Number:** PRA-1AX-1003734      **Renewal of:** PRA-1AX-1002381
   **Named Insured:** Mariam Aivazian

2. **Address:**      7769 Clearfield Avenue
   Panorama City, CA, 91402

3. **Policy Period:**    **From:** 09/27/2023      **To:** 09/27/2024
   12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above

4. **Limit of Liability**      Each **Claim**      Policy Aggregate
   **Damages** Limit of Liability    **A.** $1,000,000      **B.** $2,000,000

   **Claims Expense** Limit of    **C.** $1,000,000      **D.** $2,000,000
   Liability

5. **Deductible** (Inclusive of **Claims Expenses**):
   **5A.** $ 500    Each **Claim**      **5B.** $ 1,000    Aggregate

6. **Policy Premium:** $732.00      **State Taxes/Surcharges:** $0.00

7. **Retroactive Date:**    09/27/2010

8. **Notice to Company:**    Notice of a **Claim** or Potential **Claim** should be sent to:
   Hudson Insurance Group 100 William
   Street, 5th Floor New York, NY 10038
   Fax: 646-216-3786
   Email: hudsonclaims300@hudsoninsgroup.com

9. **A. Program Administrator:**    Riverton Insurance Agency Corp.

   **B. Agent/Broker:**    ALIA (Riverton Insurance Agency Corp.)
   Phone: (800) 882-4410

*IN WITNESS WHEREOF, We have caused this policy to be executed by our President and our Corporate Secretary at New York, New York*

President                      Secretary

EXHIBIT B



## ARCH SPECIALTY INSURANCE COMPANY
### (A Missouri Corporation)

| Home Office Address: | Administrative Address: |
|---|---|
| 2345 Grand Blvd., Suite 900 | Harborside 3 |
| Kansas City, MO 64108 | 210 Hudson Street, Suite 300 |
| | Jersey City, NJ 07311 |
| | Tel: (866)-413-5550 |

## COMMON POLICY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | NHPRP0203300 |
| **Renewal of:** | New |

| | |
|---|---|
| **Named Insured:** | Marmar Bedford, LLC |
| **Mailing Address:** | 493 S Roberson Blvd |
| | Beverly Hills CA  90211 |

| | |
|---|---|
| **Surplus Line Producer:** | CRC Insurance Services - San Francisco |
| **Mailing Address:** | 2 Embarcadero Center, Suite 1630 |
| | San Francisco CA 94111 |
| **Surplus Lines License Number:** | 0778135 |

**Policy Period:**
**From:** 2/22/2025  **To:** 2/22/2026
at 12:01 A.M., Standard Time at your mailing address shown above.

**Business Description:**   Apartments

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | | | |
|---|---|---|---|
| | | | **PREMIUM** |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | | $ | NOT INCLUDED |
| COMMERCIAL PROPERTY COVERAGE PART | | $ | 52,872 |
| **TOTAL COVERAGE PREMIUM** | | $ | 52,872 |
| Policy Fee | | $ | 1,750.00 |
| Inspection Fee | | $ | 300.00 |
| | | | |
| **TOTAL:** | | $ | 54,922.00 |
| Premium shown is payable: | $ | at inception. $ | |

| | |
|---|---|
| Broker Fee: | $2,395.00 |
| Surplus Lines Tax: | $1,647.66 |
| Stamping Office Fee: | $98.86 |

**FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):**

See Schedule of Forms and Endorsements

**THIS POLICY INCLUDING ALL ENDORSEMENTS ISSUED HEREIN SHALL CONSTITUTE THE CONTRACT BETWEEN THE COMPANY AND THE NAMED INSURED.**

Arch Specialty Insurance Company is licensed in the state of Missouri only.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*):   **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **02/23/2026** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Shannon A Doyle on behalf of Creditor U.S. Bank Trust Company, National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM2 Trust**
**sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com**

**Shannon A Doyle on behalf of Interested Party Courtesy NEF**
**sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com**

**Todd S. Garan on behalf of Interested Party Courtesy NEF**
**ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com**

**Crystle Jane Lindsey on behalf of Creditor U.S. Bank Trust Company, National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM2 Trust**
**clindsey@ghidottiberger.com**

**David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)**
**David.S.Shevitz@usdoj.gov**

**United States Trustee (LA)**
**ustpregion16.la.ecf@usdoj.gov**

**Thomas B Ure on behalf of Debtor Marmar Bedford, LLC**
**tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **02/23/2026** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**chambers_sbluebond@cacb.uscourts.gov**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/23/2026 | **Yolanda Segura** | /s/ Yolanda Segura |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 4                              **F 4001-1.RFS.RESPONSE**